**Joseph L. WATSON, Appellant, v. Frank PACE, Jr., Secretary of the Army, Appellee.**

No. 11441.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 8, 1953.

Decided Jan. 22, 1953.

Claude L. Dawson, Washington, D. C., for appellant.

Joseph Kovner, Attorney, Department of Justice, Washington, D. C., with whom Charles M. Irelan, U. S. Atty., and Edward H. Hickey, Attorney, Department of Justice, Washington, D. C., were on the brief, for appellee. William R. Glendon, Asst. U. S. Atty., Washington, D. C., entered his appearance for appellee. Joseph M. How-

---

714

ard, Asst. U. S. Atty., Washington, D. C., when the brief was filed, entered his appearance for appellee.

Before EDGERTON, PROCTOR, and WASHINGTON, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of the District Court. Watson v. Pace, 101 F.Supp. 477.